ORIGINAL

EmulMaria.rem

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
Clerk
District Court

JUN 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00007 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | PETITION TO REMIT SPECIAL ASSESSMENT FEE AND ORDER OF REMISSION [18 U.S.C. § 3573] |
| MARIA EMUL, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant MARIA EMUL and in support hereof, states as follows:

1.   On April 29, 2004, sentence was imposed by this Court against Defendant MARIA EMUL. Among other things, a $100.00 special assessment fee was ordered. The total amount now owed by said Defendant is $50.00.

2.   Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, MARIA EMUL, was deported to Philippines on June 15, 2005. See Exhibit "A."

3.   Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

      Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
      (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

4.    The United States Attorney has determined that in light of Defendant's deportation, there is no reasonable likelihood that expending further efforts to collect the special assessment fee will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

5.    The interests of justice mitigate in favor of remission of the unpaid special assessment fee.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee imposed upon Defendant.

DATED this 1st day of June, 2006.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By:   _____
       MARIVIC P. DAVID
       Assistant U.S. Attorney

## ORDER OF REMISSION

Based upon the foregoing, and in the interest of justice, the unpaid portion of the special assessment fee imposed against the defendant MARIA EMUL, including any interest and penalties, is hereby remitted.

DATED this 19TH day of June, 2006.

RECEIVED

JUN 1 9 2006

Clerk
District Court
The Northern Mariana Islands

_____
ALEX R. MUNSON
Chief Judge
District Court for the
  Northern Mariana Islands

- 2 -

```
         A-NUM : 076598393           LAST-NAME : EMUL
         NATLTY: PHILI               FIRST-NAME: MARIA

 DATE-DOCKET-CLEARED: 06/23/2005        DEPART-CLEARED-STAT: 8

      TRANSFER-TO-DCO:                DATE-DOCKET-TRANSFER:

       DATE-DEPARTED: 06/15/2005            PORT-DEPARTED: SFR

     DEPART-COUNTRY: PHILI         FINAL-CHARGE: I2C     EXPENSE-CODE: 1
```

HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN



EXHIBIT A